

May 5, 2011

Clerk, United States Bankruptcy Court
Northern District of California
Oakland Division

## REQUEST FOR SERVICE OF NOTICES

RE:  Debtor(s)          :   Thomas Sargeant Wise and Anja Kris Olsen-Wise
     Case Number        :   11-40290
     Chapter            :   13
     Secured Creditor   :   PennyMac
     Loan Number        :   7709

Dear Sir / Madam:

      Would you please add the following interested party to the mailing / service list in the above referenced case:

              PennyMac
              c/o Aldridge Connors LLP
              Bankruptcy Department
              780 Johnson Ferry Road, # 600
              Atlanta, Georgia  30342-0076

      Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

              Very Truly Yours,

              /s/ John D. Schlotter
              John D. Schlotter, Esq.
              Agent for PennyMac

cc:  Debtor's Counsel
     Trustee
     United States Trustee

              780 Johnson Ferry Road NE
              Suite 600
              Atlanta, Georgia 30342

              P:  678.894.3400
              F:  678.510.7477