Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621 - 1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Thomas Sargeant Wise
Anja Kris Olsen-Wise

Chapter 13 Case No. 11-40290-MEH13

debtor(s)

**Trustee's Motion and Declaration to
Dismiss Proceedings and Notice Thereon**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee hereby moves the court for an Order Dismissing these proceedings upon the grounds that after a recent audit of this case, the plan is clearly unfeasible. Based on the claims filed the case will run 70.00 months. This is 10 over 60, the months per the confirmed plan.

NOTICE IS HEREBY GIVEN that debtor or the attorney of record may request a hearing in writing stating specific grounds for objecting to the dismissal of these proceedings to the court and served on the trustee no later than twenty-one (21) days from the date of service of this motion. Trustee will then schedule a hearing date and notice debtor and the attorney of record of said hearing date.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 17, 2014

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | | |
|---|---|---|
| In re | | |
| | Thomas Sargeant Wise | Chapter 13 Case No. 11-40290-MEH13 |
| | Anja Kris Olsen-Wise | |
| | debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Thomas Sargeant Wise | Patrick L Forte Atty |
| Anja Kris Olsen-Wise | 1 Kaiser Plaza #480 |
| 1544 Springbrook Road | Oakland,CA 94612 |
| Walnut Creek,CA 94597 | |
| | (Counsel for Debtor) |
| (Debtor(s)) | |

Date: June 17, 2014        /s/ CHRISTIE ACOSTA
                           CHRISTIE ACOSTA