```
1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-40290 MEH** |
| **THOMAS SARGEANT WISE and ANJA KRIS OLSEN-WISE,** | **Chapter 13** |
| Debtors. | **STIPULATION RE CLAIM #8-3 OF THE INTERNAL REVENUE SERVICE** |

_____/

IT IS HEREBY STIPULATED by and between the Internal Revenue Service, and Thomas Sargeant Wise & Anja Kris Olsen-Wise, debtors, through their attorney of record, that the debt owed as a result of the pending examinations, for tax years 2006 in the amount of $20,011.00 for tax due and $5,653.65 in interest, 2007 in the amount of $8,578.00 for tax due and $1,518.73 in interest, and 2008 in the amount of $13,650.00 for tax due and $1,232.00 in interest, as shown in the IRS's claim, claim #8-3, shall not receive any disbursements from the Chapter 13 trustee.

The Chapter 13 Trustee shall continue to disburse on the remaining portion of the IRS's claim, which consists of an unsecured priority

amount of $16,955.55 to be paid in full as a priority claim and pro tanto to the general unsecured non-priority amount of $33,232.66.

The tax liability owed as a result of the 2006, 2007, & 2008 pending examinations will not be discharged in this case and shall be paid directly by the Debtors.

Dated: June 18, 2014       /s/ Anne Y. Shiau
ANNE Y. SHIAU
Attorney for Debtors

Dated: July 22 ,2014       /s/ Chong Hong
Counsel for the
Internal Revenue Service

Dated: June 18,2014       /s/ Thomas Sargeant Wise
Thomas Sargeant Wise

Dated: June 18,2014       /s/ Anja Kris Olsen-Wise
Anja Kris Olsen-Wise